## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TREVION DICKSON**                                              **PLAINTIFF**
**#16942**

v.                            **CASE NO. 4:24-CV-00848 JM**

**COURTNEY KELLEY,** *et al.*                                      **DEFENDANTS**

### **ORDER**

The Court screened Dickson's case and directed him to provide the service address for Kelley. (Doc. 3 & 6). Dickson has provided an updated address for Kelley but, in doing so, has amended his complaint and filed a separate motion to proceed *in forma pauperis*. (Doc. 7 & 8). Dickson's motion to proceed IFP (Doc. 8) is DENIED as moot because he has already been granted IFP status. The Court must screen the amended complaint. 28 U.S.C. § 1915A.

The facts alleged in the amended complaint remain unchanged. (Doc. 7 at 4). Dickson, however, explains that Detective Kelley worked for the Jefferson County Sheriff's Department rather than the Pine Bluff Police Department. He also adds the Jefferson County Sheriff's Department and the K-9 Officer, the dog, as defendants. As previously ruled, only Dickson's individual capacity excessive force claims against Kelley will proceed. (Doc. 3). And Dickson's claims against the Jefferson County Sheriff's Department and K-9 Officer are dismissed because neither is subject to suit under 42 U.S.C. § 1983. *Nix v. Norman*, 879 F.2d 429, 431-32 (8th Cir. 1989); *Ketchum v. City of West Memphis, Arkansas*, 974 F.2d 81, 82 (8th Cir. 1992). Accordingly, Dickson's claims against these Defendants cannot proceed.

The Clerk is directed to update Kelley's place of employment on the docket sheet. For screening purposes only, Dickson has stated an individual-capacity, excessive-force claim against Detective Kelley. All other claims and defendants are dismissed without prejudice.

The Court directs the Clerk to prepare a summons for Detective Kelley and deliver it along with a copy of the complaint (Doc. 2), amended complaint (Doc. 7), the initial screening order (Doc. 3), and this Order to the U.S. Marshal for service, without requiring prepayment of fees and costs or security. Detective Kelley must be personally served at his place of employment, the Jefferson County Sheriff's Department, 410 E. 2d Ave., Pine Bluff, AR 71601.

IT IS SO ORDERED this 6th day of January, 2025.

_____
UNITED STATE DISTRICT JUDGE