# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TREVION DICKSON**                                                      **PLAINTIFF**
**#16942**

v.            **CASE NO. 4:24-CV-00848 JM**

**COURTNEY KELLEY, DETECTIVE,**
**K-9 UNIT, PINE BLUFF POLICE**
**DEPARTMENT**, *et al.*                                            **DEFENDANTS**

## ORDER

Trevion Dickson's complaint is dismissed without prejudice for failing to provide Detective Kelley's address and failing to file proof of service as required under the federal rules and as directed by court order. (Doc. 11). An appeal of this order will not be taken in good faith. Local Rule 5.5(c)(2); 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 10th day of March, 2025.

_____
UNITED STATE DISTRICT JUDGE