# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TREVION DICKSON**                                                                  **PLAINTIFF**
**#16942**

**v.**                          **CASE NO. 4:24-CV-00848 JM**

**COURTNEY KELLEY, DETECTIVE,**
**K-9 UNIT, PINE BLUFF POLICE**
**DEPARTMENT**, *et al.*                                            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 10th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE